HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERNEST TRINIDAD SANDOVAL, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-mj-00098-SAB |
| Plaintiff, | **STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); ORDER** |
| v. | |
| ERNEST TRINIDAD SANDOVAL, JR., | |
| Defendant. | |

The parties, through their respective counsel, Michael Tierney, Assistant United States Attorney, counsel for plaintiff, and Hope Alley, Assistant Federal Defender, counsel for Ernest Trinidad Sandoval, Jr., hereby stipulate to modify a condition of Defendant's probation pursuant to 18 U.S.C. § 3563(c).

On August 17, 2017, Defendant was sentenced to 30 months of unsupervised probation with the conditions that he obey all laws, notify of any change in address, and notify of any change in financial circumstances. He was further ordered to pay a $1,210.00 fine at a rate of $50.00 per month, and complete 40 hours of community service.

The parties stipulate that Defendant's conditions of probation be modified to permit him to make payments at a rate of $111.00 or more per month for the next ten months. Additionally, the parties request that Defendant's review hearing be continued to January 16, 2020.

Mr. Sandoval has had no new violations of law, and he has completed his community service. However, due to unforeseen financial circumstances, Mr. Sandoval needs additional time to pay his court-ordered fine. Given Mr. Sandoval's progress, the parties believe the modification is warranted.

Accordingly, the parties request that the Court modify Mr. Sandoval's probation to permit him to pay his fine at a rate of $111.00 or more per month for the next ten months. Further, the parties request that the Court continue the review hearing currently set for February 21, 2019, to January 16, 2020, with a requirement that the status report be filed two weeks in advance.

HEATHER E. WILLIAMS
Federal Defender

Date: February 11, 2019            */s/ Hope Alley*
                                   HOPE ALLEY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ERNEST TRINIDAD SANDOVAL, JR.

McGREGOR W. SCOTT
United States Attorney

Date: February 11, 2019            */s/ Michael Tierney*
                                   MICHAEL TIERNEY
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

//

**ORDER**

Pursuant to the stipulation of the parties to modify Defendant's conditions of probation, the Court hereby modifies the conditions of probation to permit Defendant to pay $111.00 or more per month for the next ten months until the fine is paid in full. All other conditions of probation shall remain in full force and effect.

Furthermore, the review hearing set for February 21, 2019 is hereby continued to January 16, 2020. A status report must be filed two weeks prior to the January 16, 2020 hearing. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **February 11, 2019**

UNITED STATES MAGISTRATE JUDGE